**UNDER SEAL**

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>MONIKA MAGDALENA JAWORSKA,<br>and<br>TARIK JAAFAR<br><br>Defendant(s) | Case No. 1:20-mj-167 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 2020 to May 2020__ in the city/county of __Fairfax County__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §1349 | Conspiracy to Commit Wire Fraud, contrary to 18 U.S.C. §1343 |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

Kimberly M. Shartar
*Printed name and title*

*Complainant's signature* (Lee Bacon)

OIG SBA Agent Lee Bacon
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__Telephone__ *(specify reliable electronic means)*.

Date: 6/19/2020

City and state: Alexandria, Virginia

John F. Anderson
Digitally signed by John F. Anderson
Date: 2020.06.19 16:06:46 -04'00'
*Judge's signature*

The Honorable John F. Anderson
*Printed name and title*